COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-295-CV

NYC 999, LLC AND AMALGAMATED APPELLANTS

GADGET, L.P. 

V.

JOHN D. PHILLIPS, BRYAN D. YOKLEY, APPELLEES

W. TODD CHMAR, WALTER J. BURMEISTER, 

KIRBY J. CAMPBELL, BRYAN CIPOLETTI, 

STEVEN J. CLEARMAN, JOHN P. IMLAY, JR., 

MASSIMO PRELZ OLTRAMONTI, JOHN P. 

RIGAS, CARL E. SANDERS, DRU A. 

SEDWICK, LAWRENCE C. TUCKER, MICHAEL 

F. MIES, AND HENRY C. LYON 

 
 

----------

FROM THE 153
RD
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Unopposed Voluntary Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  November 16, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.